Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue, Ste. 130
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518

*Attorneys for Plaintiff*
Saleh Elghasen

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **SALEH ELGHASEN,** | **Case No.:** 2:14-cv-01603-RFB-GWF |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| v. | |
| **SUN LOAN COMPANY NEVADA, INC.,** | |
| Defendant. | |

///

///

///

///

**STIPULATION AND ORDER OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff SALEH ELGHASEN's dismissal of the claims against Defendant SUN LOAN COMPANY, INC., in the above-captioned matter, with prejudice as to the named plaintiff. Each party will bear its own costs, disbursements, and attorney fees.

Dated: January 27, 2015

BY: */s/ James E. Shively*  
    JAMES E. SHIVELY, ESQ.  
    ATTORNEY FOR DEFENDANT

BY: */s/ Danny J. Horen*  
    DANNY J. HOREN, ESQ.  
    ATTORNEY FOR PLAINTIFF

**ORDER**

IT IS SO ORDERED:

_____  
RICHARD F. BOULWARE, II  
United States District Judge

DATED this 2nd day of February, 2015.

**STIPULATION AND ORDER OF DISMISSAL**                                                                 2